| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Bear's Fruit LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  81-4088436

**4. Debtor's address**

Principal place of business:
114 Troutman St, #511
Brooklyn, NY 11206
Number, Street, City, State & ZIP Code

Kings
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor     **Bear's Fruit LLC**                                                         Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **3121**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor __Bear's Fruit LLC_____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

8/15/25 12:10PM

Debtor **Bear's Fruit LLC** Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Bear's Fruit LLC**　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**August 15, 2025**
　　　　　　　MM / DD / YYYY

**X** **/s/ Amy Driscoll**　　　　　　　　　　　**Amy Driscoll**
　　Signature of authorized representative of debtor　　Printed name

Title　**Co-Founder**

**18. Signature of attorney**

**X** **/s/ Robert L. Rattet**　　　　　　　Date　**August 15, 2025**
　　Signature of attorney for debtor　　　　　　　MM / DD / YYYY

**Robert L. Rattet**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone　**212 557 7200**　　Email address　**rlr@dhclegal.com**

**1674118 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Bear's Fruit LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 15, 2025**    X **/s/ Amy Driscoll**
Signature of individual signing on behalf of debtor

**Amy Driscoll**
Printed name

**Co-Founder**
Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Bear's Fruit LLC** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alt Milk LLC** <br> **5 Anvil Court** <br> **Huntington Station, NY 11746** | | | | | | **$18,477.12** |
| **American Express** <br> **P.O. Box 981535** <br> **El Paso, TX 79998-1535** | | | | | | **$26,900.00** |
| **Apogee Consulting Group** <br> **1301 Half Moon Bay Dr** <br> **Croton on Hudson, NY 10520** | | | | | | **$13,000.00** |
| **Express Trade Capital,INC** <br> **3909 NE 163rd Suite 109** <br> **North Miami Beach, FL 33160** | | | | | | **$875.00** |
| **Faegre Drinker Biddle & R** <br> **NW 6139 P O Box 1450** <br> **Minneapolis, MN 55485-6139** | | | | | | **$3,139.50** |
| **Global Natural Foods** <br> **672 Old Rte 17 PO Box 276** <br> **Livingston Manor, NY 12758** | | | | | | **$34,863.75** |
| **Intuit Quickbooks Capital** <br> **405 N Angier Ave NE.** <br> **Atlanta, GA 30308** | | | | | | **$21,121.50** |

| Debtor | Bear's Fruit LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Davidovich<br>170 Clearwater Estates Dr<br>Livingston Manor, NY 12758 | | | | | | $12,500.00 |
| KeHE Distributors, LLC<br>1245 East Diehl Road<br>Suite 200<br>Naperville, IL 60563 | | | | | | $2,277.35 |
| Kurtz Fargo LLP<br>1470 Walnut Suite 301<br>Boulder, CO 80302 | | | | | | $6,600.00 |
| Larkin Cold Storage<br>4755 27th St<br>Long Island City, NY 11101-4480 | | | | | | $3,036.00 |
| Maltose Negative LLC<br>396 Cornelia St 3F<br>Brooklyn, NY 11237 | | | | | | $7,535.43 |
| Matt Cornellius<br>1551 Via Della Scala<br>Henderson, NV 89052 | | | | | | $8,067.96 |
| MSP Industrial Refrigerat<br>29 Hillcrest Drive<br>Wayne, NJ 07470 | | | | | | $2,484.00 |
| Nielsen Consumer LLC<br>200 W Jackson Blvd Floor 24<br>Chicago, IL 60606 | | | | | | $5,436.79 |
| NORTH STAR LEASING<br>PO BOX 4505<br>Burlington, VT 05406 | | | | | | $69,896.00 |
| Professional Packaging Se<br>1192 E. Draper Parkway #345<br>Draper, UT 84020 | | | | | | $12,213.84 |
| Rockport Auto Claims<br>P.O. Box 2477<br>Fulton, TX 78358 | | | | | | $1,813.01 |

Debtor **Bear's Fruit LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shopify Capital (WebBank)**  **100 Shockoe Slip**  **2nd Floor**  **Richmond, VA 23219** | | | | | | **$7,854.66** |
| **U.S. Small Business Admin**  **2 North Street, Suite 320**  **Birmingham, AL 35203** | | | | | | **$99,000.00** |

8/15/25 12:10PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re  **Bear's Fruit LLC**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **5,000.00** |
   | Prior to the filing of this statement I have received | $ **5,000.00** |
   | Balance Due | $ **0.00** |

2. $ **1,750.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in any dischargability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding or contested matter.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 15, 2025** | **/s/ Robert L. Rattet** |
| *Date* | **Robert L. Rattet** |
| | *Signature of Attorney* |
| | **Davidoff Hutcher & Citron LLP** |
| | **605 Third Avenue** |
| | **34th Floor** |
| | **New York, NY 10158** |
| | **212 557 7200   Fax: 212 286 1884** |
| | **rlr@dhclegal.com** |
| | *Name of law firm* |

8/15/25 12:10PM

# United States Bankruptcy Court
## Eastern District of New York

In re **Bear's Fruit LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amy Driscoll** | | **50%** | |
| **Christopher Hill** | | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Co-Founder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 15, 2025**        Signature **/s/ Amy Driscoll**

**Amy Driscoll**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of New York

In re  **Bear's Fruit LLC**                   Case No. _____

                              Debtor(s)        Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **August 15, 2025**         **/s/ Amy Driscoll**
                                       **Amy Driscoll**/**Co-Founder**
                                       Signer/Title

Date: **August 15, 2025**         **/s/ Robert L. Rattet**
                                       Signature of Attorney
                                       **Robert L. Rattet**
                                       **Davidoff Hutcher & Citron LLP**
                                       **605 Third Avenue**
                                       **34th Floor**
                                       **New York, NY 10158**
                                       **212 557 7200   Fax: 212 286 1884**

```
1WorldSync, Inc.                 Intuit Quickbooks Capital       NORTH STAR LEASING
300 South Riverside Plaza        405 N Angier Ave NE.            PO BOX 4505
Suite 1400                       Atlanta, GA 30308               Burlington, VT 05406
Chicago, IL 60606


Alt Milk LLC                     John Davidovich                 Professional Packaging S
5 Anvil Court                    170 Clearwater Estates Dr       1192 E. Draper
Huntington Station, NY 11746     Livingston Manor, NY 12758      Parkway #345
                                                                 Draper, UT 84020


American Express                 KeHE Distributors, LLC          Rockport Auto Claims
P.O. Box 981535                  1245 East Diehl Road            P.O. Box 2477
El Paso, TX 79998-1535           Suite 200                       Fulton, TX 78358
                                 Naperville, IL 60563


Apogee Consulting Group          Kurtz Fargo LLP                 Shopify Capital (WebBank
1301 Half Moon Bay Dr            1470 Walnut Suite 301           100 Shockoe Slip
Croton on Hudson, NY 10520       Boulder, CO 80302               2nd Floor
                                                                 Richmond, VA 23219


AXLE LOGISTICS, LLC              Larkin Cold Storage             SPINS / The Data Council
835 N. Central Street            4755 27th St                    311 W. Huron Street
Knoxville, TN 37917              Long Island City, NY 11101-4480 9th Floor
                                                                 Chicago, IL 60654


C T CORPORATION SYSTEM           Maltose Negative LLC            Spruce & Norton, LLC
330 N BRAND BLVD                 396 Cornelia St 3F              475 Park Avenue
SUITE 700                        Brooklyn, NY 11237              New York, NY 10016
Glendale, CA 91203


Eurofins SF An. Lab. Inc         Matt Cornellius                 Stoltzfus Truck Brokerag
Box 1457                         1551 Via Della Scala            30 Slaymaker Hill Road
5450 N. Cumberland Ave           Henderson, NV 89052             Kinzers, PA 17535
Chicago, IL 60656


Express Trade Capital,INC        MSP Industrial Refrigerat       Thompson Coburn LLP
3909 NE 163rd Suite 109          29 Hillcrest Drive              One US Bank Plaza
North Miami Beach, FL 33160      Wayne, NJ 07470                 Saint Louis, MO 63101


Faegre Drinker Biddle & R        Nielsen Consumer LLC            U.S. Small Business Admi
NW 6139 P O Box 1450             200 W Jackson Blvd              2 North Street, Suite 320
Minneapolis, MN 55485-6139       Floor 24                        Birmingham, AL 35203
                                 Chicago, IL 60606


Global Natural Foods             NORTH STAR LEASING
672 Old Rte 17 PO Box 276        PO BOX 4505
Livingston Manor, NY 12758       Burlington, VT 05406
```

# United States Bankruptcy Court
## Eastern District of New York

In re  **Bear's Fruit LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bear's Fruit LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Amy Driscoll**

**Christopher Hill**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 15, 2025** | **/s/ Robert L. Rattet** |
| Date | **Robert L. Rattet** |
| | Signature of Attorney or Litigant |
| | Counsel for **Bear's Fruit LLC** |
| | **Davidoff Hutcher & Citron LLP** |
| | **605 Third Avenue** |
| | **34th Floor** |
| | **New York, NY 10158** |
| | **212 557 7200  Fax:212 286 1884** |
| | **rlr@dhclegal.com** |

# United States Bankruptcy Court
### Eastern District of New York

In re **Bear's Fruit LLC**

Debtor(s)

Case No. _____

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Amy Driscoll**, declare under penalty of perjury that I am the **Chief Commercial Officer** of **Bear's Fruit LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **15** day of **August**, 20 **25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Amy Driscoll**, **Chief Commercial Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Amy Driscoll**, **Chief Commercial Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Amy Driscoll**, **Chief Commercial Officer** of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case."

Date **August 14, 2025**

Signed **/s/ Amy Driscoll**
**Amy Driscoll**

Resolution of Board of Directors
of
**Bear's Fruit LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Amy Driscoll**, **Chief Commercial Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Amy Driscoll**, **Chief Commercial Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Amy Driscoll**, **Chief Commercial Officer** of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case.

Date **August 14, 2025**          Signed **Amy Driscoll**