Forwood Cloud Wiser III
942 Ridge Rd.
Monmouth Junction, NJ 08852

August 25, 2025

Bear's Fruit, LLC
114 Troutman St
Brooklyn, NY 11206

**Re: Commitment to Provide Debtor-in-Possession Financing**

Dear Amy Driscoll:

This letter sets forth my commitment to provide Bear's Fruit, LLC ("Borrower"), a debtor and debtor-in-possession under Chapter 11 Subchapter V of the U.S. Bankruptcy Code (the "Chapter 11 Case"), with a DIP Facility Credit facility (the "DIP Line of Credit") on the terms below, subject to Bankruptcy Court approval.

## KEY TERMS

**Borrower:** Bear's Fruit, LLC

**Lender:** Forwood Cloud Wiser III

**Commitment Amount:** Up to $150,000 (the "DIP Line of Credit")

**Interim Availability:** Borrower may access up to $95,000 upon entry of an interim order of the Bankruptcy Court, with the remainder pending final approval.

**Interest Rate:** 4% per annum (only on outstanding principal balance)

**Use of Proceeds:** The Borrower will use DIP Line of Credit proceeds to fund: (i) various payments to critical vendors and for other costs associated with an August 29th production run; (ii) ongoing storage and distribution costs associated with its products; (iii) essential operating expenses, including court-approved owner compensation, insurance, and administrative costs of this Chapter 11 Case; (iv) sales and marketing commitments to retail partners including Whole Foods and Wegmans; and (v) other Chapter 11 Case expenses. All funds shall be used in accordance with the incorporated Budget.

**Priority:** Subject to Bankruptcy Court approval, the DIP Line of Credit shall:

1. Constitute an allowed superpriority administrative expense claim under Bankruptcy Code §364(c)(1), senior to all other administrative expenses; and

2. Be secured by a first-priority lien on all assets of Borrower, subject only to any permitted liens as set forth in the Court's interim and final orders.

**DIP Collateral:** All of the Borrower's Assets, Accounts Receivable, Inventory, Equipment, and Proceeds thereof.

**Term:** The duration of the Chapter 11 Case.

**Conditions Precedent:** Entry of an interim order authorizing up to $95,000 in borrowings and granting the superpriority and lien protections above prior to the August 29th production run.

1. Entry of a final DIP order approving the remaining portion of the $150,000 commitment.
2. Execution of customary loan documents acceptable to the DIP Lender.

**Governing Law:** State of New York subject to the jurisdiction of the Bankruptcy Court.

This letter is intended to evidence Lender's commitment and Borrower's acceptance of the above DIP financing terms, subject to Bankruptcy Court approval.

Sincerely,

*Forwood C Wiser*

Forwood Cloud Wiser III, DIP Lender
942 Ridge Rd.
Monmouth Junction, NJ 08852


Accepted and Agreed:

*Amy Driscoll*

Amy Driscoll
Bear's Fruit, LLC

13 Week Budget

| | Week Starting Monday | 8/18/2025 | 8/25/2025 | 9/1/2025 | 9/8/2025 | 9/15/2025 | 9/22/2025 | 9/29/2025 | 10/6/2025 | 10/13/2025 | 10/20/2025 | 10/27/2025 | 11/3/2025 | 11/10/2025 | 11/17/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 08/29 Run | | | | | | | | | | | | |
| | **Bank Account Balance/Starting Cash** | $ 8,441.45 | $ 4,868.45 | $ 36,371.53 | $ 26,804.36 | $ 28,049.44 | $ 46,351.06 | $ 96,165.06 | $ 95,390.98 | $ 82,773.33 | $ 66,238.33 | $ 67,902.33 | $ 73,044.33 | $ 80,004.33 | $ 85,179.33 |
| | **Sources Of Cash** | | | | | | | | | | | | | | |
| | **Sales Receipts** | | | | | | | | | | | | | | |
| A/R | Rainforest | | | | $6,896 | | $9,890 | | $5,596 | $12,761 | | | $ 6,000.00 | | $ 6,000.00 |
| Projected A/R | River Valley | | | | $7,731 | | $13,084 | | $7,731 | | | $ 7,500.00 | | $ 7,500.00 | | $ 7,500.00 |
| Late A/R | Odeko | | | | | $1,455 | | $1,652 | | $ 1,200.00 | | $ 1,200.00 | | $ 1,200.00 | | $ 1,200.00 |
| | Harney | | | | $9,726 | | | | | | | | | | | |
| | FingerLakes | | | | | | | | | $1,652 | | | | | | |
| | Meraki | | | $2,932 | | $2,974 | | | | $ 2,900.00 | | | | $ 2,900.00 | | |
| | NYC TAP | | | | | | | | | | | | | | | |
| | Food Connects | | | | | $3,756 | | | | $ 3,000.00 | | | | $ 3,000.00 | | |
| | | | | | | | | | | | | | | | | |
| | **Ecomm** | | | | | | | | | | | | | | | |
| | Shopify (- Capital) | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 |
| | Mable | $ 789.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| | Faire | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| | Reprally | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| | Amazon | $ 320.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 |
| | Airgoods | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| | Payal | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | **Line of Credit** | | | | | | | | | | | | | | | |
| | Forwood Wiser | | $ 95,000.00 | $ (316.00) | | | | $ 55,000.00 | $ (500.00) | | | | $ (500.00) | | |
| | | | | | | | | | | | | | | | | |
| | **Factoring (Paying Off)** | | | | | | | | | | | | | | | |
| | Express Trade Capital | | $ (40,000.00) | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | **Distribution** | | | | | | | | | | | | | | | |
| Critical Vendor | Highline 3PL | $ (1,315.00) | | | $ (1,315.00) | | | $ (1,315.00) | | | | | $ (1,315.00) | | |
| | Ecomm | | | | | | | | | | | | | | | |
| | Shipping Fees | $ (350.00) | $ (670.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) |
| | Amazon | | | | | | | | | | | | | | | |
| | Freight Out | | | | | | | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) |
| Critical Vendor | Axle | $ (700.00) | | | | | | | | | | | | | |
| Critical Vendor | STBI | $ (644.00) | | | | | | | | | | | | | |
| | Warehousing | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) |
| Critical Vendor | Larkin | | $ (1,254.00) | $ (1,782.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (1,254.00) | $ (1,782.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) |
| | | | | | | | | | | | | | | | | |
| | **G&A** | | | | | | | | | | | | | | | |
| | Milberg Fees | | $ (807.00) | | | | $ (807.00) | | | | $ (807.00) | | | | |
| | Bank Fees | | $ (100.00) | | | | | | | | | | | | |
| | Equipment & Supplies | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) |
| | Insurance | $ (710.00) | | | | $ (710.00) | | $ (2,275.00) | | $ (710.00) | | | | | $ (710.00) |
| | Legal & Professional | | | | $ (3,139.50) | | | | | | | | | | |
| | Meals & Entertainment | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) |
| | Office Rent | | $ (2,305.00) | | | | | | | | | | | | |
| | Software | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) |
| | Utilities | $ (198.00) | | | | $ (198.00) | | | | | $ (198.00) | | | | $ (198.00) |
| | | | | | | | | | | | | | | | | |
| | **Marketing** | | | | | | | | | | | | | | | |
| | Klaviyo | | $ (206.00) | | | | $ (206.00) | $ (33.00) | | | $ (206.00) | | | | |
| | Impact | | | $ (33.00) | | | | | | | | | $ (33.00) | | |
| | Instacart | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) |
| | | | | | | | | | | | | | | | | |
| | **Payroll** | | | | | | | | | | | | | | | |
| | Travel | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) |
| | | | | | | | | | | | | | | | | |
| | **Manufacturing Expenses** | | | | | | | | | | | | | | | |
| Critical Vendor | Global Natural Foods | | | | | | | $ (8,199.50) | $ (26,824.00) | $ (15,000.00) | | | | | |
| | NVE Pharmaceuticals (8/29 Co-Packer) | | $ (9,160.00) | $ (29,160.00) | | | | | | | | | | | |
| Critical Vendor | Professional Packaging Services | | $ (6,106.92) | | | | | | | | | | | | |
| | Goodness Gardens | | $ (3,200.00) | | | | | | | | | | | | |
| | Misc Ingredient Suppliers | | | | | | | | | | | | | | |
| | Uline | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | **Owner's Pay** | | | | | | | | | | | | | | | |
| | Owner's Pay | | $ (5,000.00) | | $ (5,000.00) | | $ (5,000.00) | | $ (5,000.00) | | $ (5,000.00) | | $ (5,000.00) | | $ (5,000.00) |
| | | | | | | | | | | | | | | | | |
| | **Week Ending Cash** | $ 4,868.45 | $ 36,371.53 | $ 26,804.36 | $ 28,049.44 | $ 46,351.06 | $ 96,165.06 | $ 95,390.98 | $ 82,773.33 | $ 66,238.33 | $ 67,902.33 | $ 73,044.33 | $ 80,004.33 | $ 85,179.33 | $ 87,146.33 |