| | Week Starting Monday | 8/18/2025 | 8/25/2025 | 9/1/2025 | 9/8/2025 | 9/15/2025 | 9/22/2025 | 9/29/2025 | 10/6/2025 | 10/13/2025 | 10/20/2025 | 10/27/2025 | 11/3/2025 | 11/10/2025 | 11/17/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 08/29 Run | | | | | | | | | | | | |
| | Bank Account Balance/Starting Cash | $ 8,441.45 | $ 4,868.45 | $ 36,371.53 | $ 26,804.36 | $ 28,049.44 | $ 46,351.06 | $ 96,165.06 | $ 95,390.98 | $ 82,773.33 | $ 66,238.33 | $ 67,902.33 | $ 73,044.33 | $ 80,004.33 | $ 85,179.33 |
| | **Sources Of Cash** | | | | | | | | | | | | | | |
| | Sales Receipts | | | | | | | | | | | | | | |
| A/R | Rainforest | | | $6,896 | | $9,890 | | $5,596 | $12,761 | | | $ 6,000.00 | | $ 6,000.00 | |
| Projected A/R | River Valley | | | $7,731 | | $13,084 | | $7,731 | | | $ 7,500.00 | | $ 7,500.00 | | $ 7,500.00 |
| Late A/R | Odeko | | | | $1,455 | | $1,652 | | $ 1,200.00 | | $ 1,200.00 | | $ 1,200.00 | | $ 1,200.00 |
| | Harney | | | $9,726 | | | | | | | | | | | |
| | FingerLakes | | | | | | | | $1,652 | | | | | | |
| | Meraki | | $2,932 | | $2,974 | | | | $ 2,900.00 | | | | $ 2,900.00 | | |
| | NYC TAP | | | | | | | | | | | | | | |
| | Food Connects | | | | $3,756 | | | | $ 3,000.00 | | | | $ 3,000.00 | | |
| | | | | | | | | | | | | | | | |
| | Ecomm | | | | | | | | | | | | | | |
| | Shopify (- Capital) | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 |
| | Mable | $ 789.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| | Faire | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| | Reprally | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| | Amazon | $ 320.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 290.00 |
| | Airgoods | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| | Payal | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | **Line of Credit** | | | | | | | | | | | | | | |
| | Forwood Wiser | | $ 95,000.00 | $ (316.00) | | | $ 55,000.00 | $ (500.00) | | | | | $ (500.00) | | |
| | | | | | | | | | | | | | | | |
| | **Factoring (Paying Off)** | | | | | | | | | | | | | | |
| | Express Trade Capital | | $ (40,000.00) | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | **Distribution** | | | | | | | | | | | | | | |
| Critical Vendor | Highline 3PL | $ (1,315.00) | | | $ (1,315.00) | | | $ (1,315.00) | | | | | $ (1,315.00) | | |
| | Ecomm | | | | | | | | | | | | | | |
| | Shipping Fees | $ (350.00) | $ (670.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) |
| | Amazon | | | | | | | | | | | | | | |
| | Freight Out | | | | | | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) |
| Critical Vendor | Axle | $ (700.00) | | | | | | | | | | | | | |
| Critical Vendor | STBI | $ (644.00) | | | | | | | | | | | | | |
| | Warehousing | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) | $ (425.00) |
| Critical Vendor | Larkin | | $ (1,254.00) | $ (1,782.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (1,254.00) | $ (1,782.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) |
| | | | | | | | | | | | | | | | |
| | **G&A** | | | | | | | | | | | | | | |
| | Milberg Fees | | $ (807.00) | | | | $ (807.00) | | | | $ (807.00) | | | | |
| | Bank Fees | | $ (100.00) | | | | | | | | | | | | |
| | Equipment & Supplies | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) |
| | Insurance | $ (710.00) | | | | $ (710.00) | | $ (2,275.00) | | $ (710.00) | | | | | $ (710.00) |
| | Legal & Professional | | | | | $ (3,139.50) | | | | | | | | | |
| | Meals & Entertainment | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) |
| | Office Rent | | $ (2,305.00) | | | | | | | | | | | | |
| | Software | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) |
| | Utilities | $ (198.00) | | | | $ (198.00) | | | | | $ (198.00) | | | | $ (198.00) |
| | | | | | | | | | | | | | | | |
| | **Marketing** | | | | | | | | | | | | | | |
| | Klaviyo | | $ (206.00) | | | | $ (206.00) | $ (33.00) | | | $ (206.00) | | | | |
| | Impact | | | $ (33.00) | | | | | | | | | $ (33.00) | | |
| | Instacart | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) |
| | | | | | | | | | | | | | | | |
| | **Payroll** | | | | | | | | | | | | | | |
| | Travel | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (150.00) |
| | | | | | | | | | | | | | | | |
| | **Manufacturing Expenses** | | | | | | | | | | | | | | |
| Critical Vendor | Global Natural Foods | | | | | | | $ (8,199.50) | $ (26,824.00) | $ (15,000.00) | | | | | |
| | NVE Pharmaceuticals (8/29 Co-Packer) | | $ (9,160.00) | $ (29,160.00) | | | | | | | | | | | |
| Critical Vendor | Professional Packaging Services | | $ (6,106.92) | | | | | | | | | | | | |
| | Goodness Gardens | | $ (3,200.00) | | | | | | | | | | | | |
| | Misc Ingredient Suppliers | | | | | | | | | | | | | | |
| | Uline | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | **Owner's Pay** | | | | | | | | | | | | | | |
| | Owner's Pay | | $ (5,000.00) | | $ (5,000.00) | | $ (5,000.00) | | $ (5,000.00) | | $ (5,000.00) | | $ (5,000.00) | | $ (5,000.00) |
| | | | | | | | | | | | | | | | |
| | **Week Ending Cash** | $ 4,868.45 | $ 36,371.53 | $ 26,804.36 | $ 28,049.44 | $ 46,351.06 | $ 96,165.06 | $ 95,390.98 | $ 82,773.33 | $ 66,238.33 | $ 67,902.33 | $ 73,044.33 | $ 80,004.33 | $ 85,179.33 | $ 87,146.33 |