**Profit and Loss by Month**
**BEAR'S FRUIT, LLC**
**January 1-July 31, 2025**

| Distribution account | January 2025 | February 2025 | March 2025 | April 2025 | May 2025 | June 2025 | July 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Gross Sales | | | | | | | | 0.00 |
| Direct Sales | 10,413.24 | 1,102.72 | 3,115.96 | 3,396.56 | 3,959.88 | 4,081.32 | 3,518.40 | 29,588.08 |
| Wholesale Sales | 59,196.41 | 50,374.03 | 40,150.21 | 27,690.60 | 77,950.65 | 65,352.61 | 34,282.79 | 354,997.30 |
| **Total for Gross Sales** | **69,609.65** | **51,476.75** | **43,266.17** | **31,087.16** | **81,910.53** | **69,433.93** | **37,801.19** | **$384,585.38** |
| Sales Allowances | | | | | | | | 0.00 |
| Cash Discounts | -157.48 | -45.79 | -27.74 | | -554.64 | | | -785.65 |
| Coupons | | | | -207.40 | | | | -207.40 |
| Distributor Fees | -86.59 | -67.21 | | | -482.94 | -17.64 | -45.65 | -700.03 |
| DSD | -1,110.44 | -4,652.56 | -2,537.76 | -1,480.36 | -3,269.48 | -3,920.84 | -1,412.53 | -18,383.97 |
| Spoilage | -37.36 | -14.51 | -212.05 | -50.89 | -13.06 | -28.93 | -139.80 | -496.60 |
| Trade Spend | -2,030.15 | -1,064.30 | -561.01 | -1,502.55 | -1,583.78 | -6,301.95 | -515.58 | -13,559.32 |
| **Total for Sales Allowances** | **-3,422.02** | **-5,844.37** | **-3,338.56** | **-3,241.20** | **-5,903.90** | **-10,269.36** | **-2,113.56** | **-$34,132.97** |
| **Total for Income** | **66,187.63** | **45,632.38** | **39,927.61** | **27,845.96** | **76,006.63** | **59,164.57** | **35,687.63** | **$350,452.41** |
| **Cost of Goods Sold** | | | | | | | | |
| Cost of Goods Sold | | | | | | | | 0.00 |
| Canning Line Rental | 6,650.00 | | | | | | | 6,650.00 |
| Co-packing | 1,352.16 | 5,850.71 | 5,284.76 | 4,279.72 | 14,755.57 | 13,797.36 | 5,961.85 | 51,282.13 |
| Freight (COGS) | 2,000.00 | 593.54 | 3,954.50 | 1,267.55 | 2,459.00 | 1,907.55 | 2,340.80 | 14,522.94 |
| Ingredients | 3,839.75 | | 2,078.40 | 1,460.27 | | 752.74 | 1,604.42 | 9,735.58 |
| Labor | 4,745.87 | 758.40 | 840.00 | 950.00 | 950.00 | 350.00 | | 8,594.27 |
| Workers Comp | 318.11 | 24.00 | 16.00 | 20.00 | 12.00 | | 686.25 | 1,076.36 |
| **Total for Labor** | **5,063.98** | **782.40** | **856.00** | **970.00** | **962.00** | **350.00** | **686.25** | **$9,670.63** |
| Packaging | 16,189.06 | 4,131.24 | 7,455.82 | 6,836.06 | 14,209.76 | 13,136.92 | 4,436.52 | 66,395.38 |
| Production Rent | | | | 800.00 | 800.00 | 800.00 | | 2,400.00 |
| Sparkling Ingredients | 578.11 | 5,315.28 | 4,694.87 | 4,365.24 | 10,396.49 | 9,321.01 | 3,398.85 | 38,069.85 |
| **Total for Cost of Goods Sold** | **35,673.06** | **16,673.17** | **24,324.35** | **19,978.84** | **43,582.82** | **40,065.58** | **18,428.69** | **$198,726.51** |
| **Total for Cost of Goods Sold** | **35,673.06** | **16,673.17** | **24,324.35** | **19,978.84** | **43,582.82** | **40,065.58** | **18,428.69** | **$198,726.51** |
| **Gross Profit** | **30,514.57** | **28,959.21** | **15,603.26** | **7,867.12** | **32,423.81** | **19,098.99** | **17,258.94** | **$151,725.90** |
| **Expenses** | | | | | | | | |
| Distribution | | | | | | | | 0.00 |
| 3PL | | 222.40 | 990.00 | 990.00 | 1,210.00 | 1,115.00 | 1,314.00 | 5,841.40 |
| Ecomm/DTC Shipping | 842.19 | 362.42 | 1,583.86 | 1,993.80 | 2,260.36 | 2,330.07 | 971.86 | 10,344.49 |
| Freight-Out | 1,835.43 | 3,086.20 | 1,450.49 | 326.28 | 3,775.89 | 187.97 | 1,700.24 | 12,362.50 |
| Warehousing | 4,815.30 | 7,892.70 | 4,037.68 | 3,404.93 | 3,006.00 | 1,172.03 | 4,053.85 | 28,382.49 |
| **Total for Distribution** | **7,492.92** | **11,563.72** | **8,062.03** | **6,715.01** | **10,252.25** | **4,805.00** | **8,039.95** | **$56,930.88** |
| General Administrative Expenses | | | | | | | | 0.00 |
| Bank Charges & Fees | 863.96 | 1,025.60 | 728.57 | 638.85 | 656.25 | 647.92 | 1,181.45 | 5,742.60 |
| Factoring Fees | 1,271.13 | 692.94 | 548.85 | 651.34 | 671.37 | 807.94 | 295.45 | 4,939.02 |
| QuickBooks Payments Fees | 740.97 | 60.51 | 55.00 | | 40.00 | | 8.06 | 904.54 |
| **Total for Bank Charges & Fees** | **2,876.06** | **1,779.05** | **1,332.42** | **1,290.19** | **1,367.62** | **1,455.86** | **1,484.96** | **$11,586.16** |
| Equipment & Supplies | 3,820.05 | -108.85 | 1,171.08 | 1,492.53 | 25.20 | 996.54 | 1,102.65 | 8,499.20 |
| Insurance | 2,476.55 | 2,476.55 | 1,927.33 | 4,202.31 | 646.70 | 1,982.92 | | 13,712.36 |
| Legal & Professional Services | 6,096.66 | 1,617.69 | 1,157.78 | | | | | 8,872.13 |
| Permits & Licenses | | | | | 300.00 | | | 300.00 |
| Rigging Costs | 26,150.00 | | | | | | | 26,150.00 |
| **Total for Legal & Professional Services** | **32,246.66** | **1,617.69** | **1,157.78** | **0.00** | **300.00** | **0.00** | **0.00** | **$35,322.13** |
| Meals & Entertainment | 455.41 | 470.23 | 598.90 | 183.03 | 270.68 | 139.55 | 244.89 | 2,362.69 |
| Office Rent | | | 2,177.50 | | | 2,305.43 | | 4,482.93 |
| Other Professional Services | | | | | | | 150.00 | 150.00 |
| Software + Office Supplies | 983.78 | 998.56 | 871.68 | 996.39 | 1,292.27 | 1,207.33 | 1,557.49 | 7,907.50 |
| Taxes & Licenses | | | | | | 30.25 | 1,500.00 | 1,530.25 |
| Tax Prep/Accounting | | | 900.00 | | | 175.00 | | 1,075.00 |
| **Total for Taxes & Licenses** | **0.00** | **0.00** | **900.00** | **0.00** | **0.00** | **205.25** | **1,500.00** | **$2,605.25** |
| Utilities | 8,333.34 | 2,772.24 | 405.78 | 504.58 | 197.50 | 388.04 | 197.50 | 12,798.98 |
| **Total for General Administrative Expenses** | **51,191.85** | **10,005.47** | **10,542.47** | **8,669.03** | **4,099.97** | **8,680.92** | **6,237.49** | **$99,427.20** |
| Marketing | | | | | | | | |
| Design/Branding | | | | | | | 2,548.00 | 2,548.00 |
| Expo Costs | 5,326.05 | 4,223.27 | 10,184.80 | 860.30 | | | | 20,594.42 |
| Marketing Agency | | | | | | | 49.00 | 49.00 |
| Marketing Spend | 157.67 | 159.54 | 134.98 | 176.26 | 156.75 | 206.86 | 239.52 | 1,231.58 |
| **Total for Marketing** | **5,483.72** | **4,382.81** | **10,319.78** | **1,036.56** | **156.75** | **206.86** | **2,836.52** | **$24,423.00** |
| Other Business Expenses | 48,000.00 | | | | | | | 48,000.00 |
| Payroll Expenses | | | | | | | | 0.00 |
| Employee Benefits | 113.00 | 208.13 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 846.13 |
| Employer Payroll Taxes- New | 652.25 | | | -60.02 | | | | 592.23 |
| Payroll Processing Fees | 126.30 | 126.30 | 133.23 | 113.23 | 113.23 | 113.23 | 215.00 | 940.52 |
| Salaries & Wages | 225.05 | 9,000.00 | 9,600.00 | 5,250.00 | 2,000.00 | | | 26,075.05 |
| Travel | 704.89 | 737.92 | 466.18 | 207.61 | 148.45 | 1,206.33 | 594.10 | 4,065.48 |
| **Total for Payroll Expenses** | **1,821.49** | **10,072.35** | **10,304.41** | **5,615.82** | **2,366.68** | **1,424.56** | **914.10** | **$32,519.41** |
| R&D | | | | | | 653.16 | 701.00 | 1,354.16 |
| Selling | | | | | | | | 0.00 |
| Merchant Fees | 1,839.29 | 304.16 | 617.51 | 724.11 | 602.85 | 906.80 | 692.77 | 5,687.49 |
| Slotting/Free-fills | 1,246.54 | | 157.76 | | 150.00 | | 2,446.07 | 4,000.37 |
| **Total for Selling** | **3,085.83** | **304.16** | **775.27** | **724.11** | **752.85** | **906.80** | **3,138.84** | **$9,687.86** |
| **Total for Expenses** | **117,075.81** | **36,328.51** | **40,003.96** | **22,760.53** | **17,628.50** | **16,677.30** | **21,867.90** | **$272,342.51** |
| **Net Operating Income** | **-86,561.24** | **-7,369.30** | **-24,400.70** | **-14,893.41** | **14,795.31** | **2,421.69** | **-4,608.96** | **-$120,616.61** |
| Other Income | | | | | | | | |
| Other Miscellaneous Income | | | | | | 526.20 | | 526.20 |
| Cash Rewards | 0.73 | | 128.60 | 3.81 | 0.20 | 0.56 | 0.48 | 134.47 |
| Profit on Sale of Asset | 17,250.00 | 14,300.00 | 735.98 | | 2,591.23 | | | 34,877.21 |
| **Total for Other Miscellaneous Income** | **17,250.73** | **14,300.00** | **864.67** | **3.81** | **2,591.43** | **526.76** | **0.48** | **$35,537.88** |
| **Total for Other Income** | **17,250.73** | **14,300.00** | **864.67** | **3.81** | **2,591.43** | **526.76** | **0.48** | **$35,537.88** |
| Other Expenses | | | | | | | | |
| Other Miscellaneous Expense | 6,557.00 | | | | | | | 6,557.00 |
| Destroyed Inventory | 1,862.13 | | | 2,340.00 | | | | 4,202.13 |
| Loss from Obsolete Equipment | 4,504.58 | | | | | | | 4,504.58 |
| Loss on Sale of Asset | 2,290.48 | 6,373.62 | | 37,034.71 | 264.01 | | | 45,962.82 |
| **Total for Other Miscellaneous Expense** | **15,214.19** | **6,373.62** | **0.00** | **39,374.71** | **264.01** | **0.00** | **0.00** | **$61,226.53** |
| Reconciliation Discrepancies | 0.02 | | | -0.27 | | | | -0.25 |
| **Total for Other Expenses** | **15,214.21** | **6,373.62** | **0.00** | **39,374.44** | **264.01** | **0.00** | **0.00** | **$61,226.28** |
| **Net Other Income** | **2,036.52** | **7,926.38** | **864.67** | **-39,370.63** | **2,327.42** | **526.76** | **0.48** | **-$25,688.40** |
| **Net Income** | **-84,524.72** | **557.08** | **-23,536.03** | **-54,264.04** | **17,122.73** | **2,948.45** | **-4,608.48** | **-$146,305.01** |